**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DENNIS SANTUCCI, et al.,

                  Plaintiff,

        -against-                                      17 **CIVIL** 10204 (PMH)

                                                       **JUDGMENT**

MICHAEL LEVINE, individually and as
Building Inspector for the Town of Southeast,
New York, et al.,

                  Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's So Ordered Stipulation of Dismissal dated May 17, 2021, Pursuant to

Federal Rule of Civil Procedure 41(a)(I)(A)(ii), Plaintiffs hereby voluntarily dismiss their fifth

claim against defendants Town of Southeast and Hay with prejudice and without fees or costs,

judgment is entered and this case is closed.

**Dated:**  New York, New York
        May 17, 2021

                                            **RUBY J. KRAJICK**

                                        _____
                                              **Clerk of Court**
               **BY:**
                                               **Deputy Clerk**